# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>   v.<br><br>PADRE HOTEL, LP<br><br>    Defendant. | Case No.: 1:20-cv-00106 DAD JLT<br><br>ORDER CLOSING CASE<br>(Doc. 5) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1). (Doc. 5) Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

   Dated: __**February 14, 2020**__            __**/s/ Jennifer L. Thurston**__
                                                             UNITED STATES MAGISTRATE JUDGE